FILED

ANNA Y. PARK, SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1082
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

2009 SEP 24  AM II: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

v.

ADAM BROTHERS FARMING,
INC., AND DOES 1-10 Inclusive,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CV09   06947

CASE NO.:

**COMPLAINT- CIVIL RIGHTS
EMPLOYMENT DISCRIMINATION**
(42 U.S.C. §§ 2000e, *et seq.*)

**JURY TRIAL DEMAND**

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as
amended, and Title I of the Civil Rights Act of 1991 to correct unlawful
employment practices. Plaintiff United States Equal Employment Opportunity
Commission ("Commission") alleges that Adam Brothers Farming ("Adam
Brothers" or "Defendant"), and Doe Defendants 1-10 ("Defendants") subjected
Charging Yareli Uriosteguie ("Charging Party") to sexual harassment. The
Commission further alleges that Defendants retaliated against Charging Party for
engaging in protected activity, including but not limited to, resisting and

1  complaining about the sexual harassment.  Defendants retaliated, in part, by

2  subjecting Yareli Uriosteguie to termination of her employment.

3  **JURISDICTION AND VENUE**

4  1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451,

5  1331, 1337, 1343 and 1345.

6  2.    This action is authorized and instituted pursuant to Section 706(f)(1)

7  and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.

8  § 2000e-5(f)(1) and (3) ("Title VII")  and Section 102 of the Civil Rights Act of

9  1991, 42 U.S.C. § 1981a.

10  3.    The employment practices alleged to be unlawful were and are now

11  being committed within the jurisdiction of the United States District Court for the

12  Central District of California.

13  **PARTIES**

14  4.    Plaintiff, U.S. Equal Employment Opportunity Commission, is the

15  federal agency charged with the administration, interpretation and enforcement of

16  Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and

17  (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

18  5.    At all relevant times, Defendants have continuously been doing

19  business in the State of California, and in Santa Barbara County.  At all relevant

20  times, Defendants have continuously employed fifteen (15) or more persons.

21  6.    At all relevant times, Defendants have continuously engaged in an

22  industry affecting commerce within the meaning of Sections 701(b), (g) and (h)

23  of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

24  7.    Plaintiff is ignorant of the true names and capacities of Defendants

25  sued as DOES 1 through 10, inclusive, and therefore Plaintiff sues these

26  Defendants by such fictitious names.  Plaintiff reserves the right to amend the

27  complaint to name the DOE Defendants as they become known.  Plaintiff alleges

28  that each of the Defendants named as DOE Defendants was in some manner

1  responsible for the acts and omissions alleged here and Plaintiff will amend the
2  complaint to allege such responsibility when Plaintiff has ascertained their
3  identities.

4       8.      All of the acts and failures to act alleged here were duly performed
5  by and attributable to Defendants, acting as a successor, alter ego, joint employer,
6  integrated enterprise, agent, employee or under the direction and control of the
7  others, except as otherwise specifically alleged. These acts and failures to act
8  were within the scope of such agency and/or employment, and Defendants
9  participated in, approved and/or ratified the unlawful acts and omissions by other
10 Defendants identified in this Complaint. Whenever and wherever reference is
11 made in this Complaint to any act by a Defendant or Defendants, such allegations
12 and reference shall also be deemed to mean the acts and failures to act of each
13 Defendant acting individually, jointly, and/or severally.

14                      **STATEMENT OF CLAIMS**

15      9.      More than thirty days prior to the institution of this lawsuit,
16 Uriosteguie filed a charge with the Commission alleging violations of Title VII
17 by Defendants. The Commission investigated and issued a Letter of
18 Determination finding that Yareli Uriosteguie was subjected to unlawful sexual
19 harassment and retaliation in violation of Title VII. All conditions precedent to
20 the institution of this lawsuit have been fulfilled.

21      10.     Since in or about at least 2006, Defendants have engaged in unlawful
22 employment practices at their Santa Maria location, in violation of Section 703(a)
23 of Title VII, 42 U.S.C. §2000e-2(a)(1). Adam Brothers is an agricultural
24 company that harvests and cans vegetables. Defendants hired Yareli Uriosteguie
25 as a packer who prepared vegetables for packing. Defendants' supervisor
26 subjected Yareli Uriosteguie to sexual harassment. The sexual harassment that
27 she was subjected to included, but was not limited to, unwelcome physical
28 touching, and sexually charged speech and conduct.

11.    When Yareili Uriosteguie rebuked and complained about the sexual harassment, Defendants subjected her to tangible employment actions, including, but not limited to termination.

12.    The effect of the practice(s) complained of in paragraphs 10 and 11 above has been to deprive Yareli Uriosteguie of equal employment opportunities and otherwise adversely affect her status as an employee, because of her sex.

13.    Since in or about at least 2006, Defendants have engaged in unlawful employment practices at their Santa Maria location, in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a) by subjecting Uriosteguie to retaliation for engaging in protected activities under Title VII.

14.    The effect of the practices complained of above in paragraphs 11, 13 has been to deprive Yareli Uriosteguie of equal employment opportunities and to otherwise adversely affect her employment status because she engaged in protected activity under Title VII.

15.    The unlawful employment practices complained of in paragraphs 10 through 14 above were intentional.

16.    The unlawful employment practices complained of in paragraphs 10 through 14 above were done with malice or with reckless indifference to the federally protected rights of Yareli Uriosteguie.

17.    As a direct and proximate result of Defendants' acts as alleged in this Complaint, Yareli Uriosteguie has suffered pain and suffering, inconvenience, loss of enjoyment of life, humiliation and damages, according to proof.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendants, their respective officers, successors, assigns, agents, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of sex;

B.    Grant a permanent injunction enjoining Defendants, their respective officers, successors, assigns, agents, and all persons in active concert or participation with them, from retaliating against any employee who opposes discrimination or engages in any protected activity under Title VII;

C.    Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of their past and present unlawful employment practices;

D.    Order Defendants to make whole Uriosteguie by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 10 through 17 above, including, but not limited to pain and suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

E.    Order Defendants to pay Yareli Uriosteguie punitive damages for their malicious and reckless conduct described in paragraphs 10 through 17 above, in amounts to be determined at trial.

F.    Grant such further relief as the Court deems necessary and proper in the public interest.

G.    Award the Commission its costs of this action.

//
//
//

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

JAMES L. LEE,
Acting General Counsel

GWENDOLYN YOUNG REAMS,
Associate General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 "L" Street, N.W.
Washington, D.C.  20507

Dated:  September 23, 2009

ANNA Y. PARK
Regional Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV09- 6947 SJO (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission | ) |
| *Plaintiff* | ) |
| v. | ) |
| Adam Brothers Farming, Inc. and Does 1-10 | ) |
| *Defendant* | ) |

Civil Action No.

**CV09  06947 SJO PJWX**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adam Brothers Farming, Inc.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anna Y. Park
U.S. Equal Employment Opportunity Commission
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   SEP  2 4 2009

**CHRISTOPHER POWERS**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>  .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*


                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| U. S. Equal Employment Opportunity Commission | Adam Brothers Farming, Inc. and Does 1-10 Inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Anna Y. Park, U.S. Equal Employment Opportunity Commission, 255 E. Temple Street, 4th Floor, Los Angeles, CA 90012 (213) 894-1083 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. §2000e-2(a)(1) and 42 U.S.C. §2000e-3(a), defendant subjected employee to sexual harassment and retaliation.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☑ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV09 06947**

### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

ction previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s)

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 9/22/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                    **CIVIL COVER SHEET**                    Page 2 of 2